UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOFFREY EMANUEL THOMAS,

        Petitioner,

                                            CIVIL ACTION NO. 04-71979

vs.

                                            DISTRICT JUDGE PAUL BORMAN

ANDREW JACKSON

        Respondent.
_____/

## ORDER (1) DENYING A CERTIFICATE OF APPEALABILITY, AND (2) DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner filed a notice of appeal pursuant to 28 U.S.C. § 2255.  In order to appeal the court's decision under § 2255, a certificate of appealability ("COA") must issue.  *See* 28 U.S.C. § 2253(c)(1).  Petitioner filed a Motion for Certificate of Appealability and Motion to Proceed *In Forma Pauperis* on December 29, 2005.

In the Court's December 1, 2005 Order denying Petitioner's Habeas Corpus petition, the Court explicitly declined to issue a certificate of appealability on any of Petitioner's claims:

> The Court declines to issue a certificate of appealability on claims I, II, and IV, because reasonable jurists would not find the Court's assessment of the constitutional claims debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000). The Court declines to issue a certificate of appealability on claim III because reasonable jurists would not find it debatable whether the petition states a valid claim of the denial of a constitutional right and whether the Court's procedural ruling was correct. *Id.*

(Dec. 1, 2005 Order Denying Habeas Corpus Petition, 19) (Docket Entry 26).   Thus, Petitioner's Motion for Certificate of Appeal ability is without merit.

Furthermore, Petitioner's Motion to Proceed *In Forma Pauperis* is likewise

meritless because the appeal would be frivolous. *See Hence v. Smith*, 49 F. Supp. 2d 547,

549 (E.D. Mich. 1999).

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Certificate of

Appealability is DENIED;

**IT IS FURTHER ORDERED** that Petitioner's Motion to Proceed *In Forma*

*Pauperis* is DENIED.


s/Paul D. Borman
_____

—

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or
U.S. Mail on February 1, 2006.


s/Jonie Parker
_____
Case Manager